UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY B. SHARP and WILL C. SHARP,**<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,**<br><br>　　　　　Defendants. | Case No.: **2:18-cv-08208-AB-PD**<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Andre Birotte Jr. |

　　Plaintiffs MARY B. SHARP and WILL C. SHARP ("**Plaintiffs**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

　　**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

　　(1)　That Defendant shall pay the sum of $2,069.41 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for

-1-

-2-

1  attorney's fees, costs and expenses in connection with this action.
2  (2) That Defendant shall pay the sum of $2,069.41 to Plaintiffs within 60 days
3  of execution of this Stipulation by all counsel unless matters outside of the
4  control of Defendant cause delay.
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 8, 2025

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT